UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADAM BELL, individually and on behalf of a class of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:19-cv-557-SEB-MJD |
| SHERIFF OF HENRY COUNTY, in his official capacity, HENRY COUNTY, INDIANA, | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' COMMENT ON PLAINTIFF'S
RESPONSE TO ORDER TO SHOW CAUSE**

Although the Court has not asked the defendants for comment on Plaintiff's Response to Order to Show Cause, the defendants believe the Court could be assisted by their comment. Accordingly, they offer:

1. The defendants agree with Bell's assessment that many, if not all, of the claims that Bell asserts in this action are beyond the Court's consideration in *Baker v. McCorkle*, Cause No. 1:16-cv-0326-JMS-MPB.

2. The defendants agree with Bell's assessment that *Baker* does not require the Court to stay or dismiss Bell's case.

3. The defendants agree that Bell's case should *not* be transferred (i.e., consolidated) into the *Baker* case. The *Baker* case has been pending for more than two years. The discovery deadline is in mid-June, and dispositive motions are due July 1, 2019. The issues in *Baker* having been narrowed to just one, *Baker* is too far along to be upended by adding into it the host of new claims asserted by Bell.

4. The defendants disagree that Bell's claims have merit, but agree that the Court should retain jurisdiction over Bell's case and permit it to proceed.

WHEREFORE, the defendants offer the Court their comment.

Respectfully submitted,

STEPHENSON MOROW & SEMLER


__/s/ Pamela G. Schneeman_____
Pamela G. Schneeman
Attorney No. 18142-53
Attorney for Defendants,
Sheriff of Henry County, in his official capacity,
and Henry County, Indiana


STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@stephlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, a copy of the foregoing DEFENDANTS' COMMENT ON PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org

Joel E. Harvey
HAYES COPENHAVER CRIDER
214 South Main Street
New Castle, IN 47362
jharvey@hcclaw.com

                                                __/s/ Pamela G. Schneeman_____
                                                Pamela G. Schneeman

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@stephlaw.com

19-7045/pgs