UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADAM BELL, individually and on behalf of a class of those similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:19-cv-557-SEB-MJD ) |
| SHERIFF OF HENRY COUNTY, in his official capacity, and HENRY COUNTY, INDIANA | ) ) ) ) |
| Defendants. | ) ) |

## 90-DAY STATUS REPORT

Come now the defendants, by counsel, and in accordance with the parties' private settlement agreement, provide this 90-day status report.

### A. Summary of Current Development Construction of the New Jail

Construction of the new jail is underway. The defendants are advised that the new jail is on track to be completed by the expected completion date. [Exhibit A.]

### B. Population of Jail

On June 18, 2021, the population in the Henry County Jail was 112, including both male and female inmates.

### C. Current Staffing

As of June 18, 2021, the Sheriff's Office employed 23 full-time jail officers (including the jail commander, assistant jail commander, and administrative assistant who performs correctional

duties as needed), and 10 part-time jail officers. There were 2 funded, but vacant full-time jail officer positions and 10 funded, but vacant part-time jail officer positions.[1]

The Sheriff has had difficulty attracting people to apply for the open jail officer positions. County officials believe that this difficulty is attributable to peoples' hesitancy to work in a populous setting during the pandemic and the federal government's generous COVID-related unemployment benefits. On June 15, 2021, the Council and Commissioners agreed to undertake a study of the wages being paid to jail officers by other Indiana counties as well as the GEO Group, a private company that operates the New Castle Correctional Facility under a contract with the Indiana Department of Correction. The study will assist county officials in evaluating the wages being paid to Henry County's jail officers.

(continued next page)

---

[1] Defendants' prior 90-day Reports require correction. There are 25 fully-funded jail officer positions, including the jail commander, assistant jail commander, and the administrative assistant who performs correctional duties. Due to attrition and difficulties attracting qualified applicants, the Sheriff has had difficulties keeping all 25 positions filled. He is currently seeking to fill 2 full-time jail officer positions. The Sheriff does not have 17 dedicated part-time jail officer positions. He has a budget for part-time employees out of which he must also pay his civil process servers, courthouse security officers, and jail transport drivers. He aims to employ between 17 and 20 part-time jail officers. As of June 17, 2021, he has 7 to 10 open part-time jail officer positions that he is trying to fill.

D. <u>Days that Jail Exceeded the 105 Agreed Population Cap</u>

In the last 90 days, the jail's population was at or exceeded the 105 agreed population cap on the following dates:

| DATE | POPULATION |
|---|---|
| March 24 | 110 |
| March 25 | 108 |
| March 26 | 108 |
| March 27 | 109 |
| March 28 | 110 |
| March 29 | 107 |
| April 5 | 105 |
| April 18 | 105 |
| April 19 | 105 |
| April 21 | 105 |
| April 24 | 113 |
| April 25 | 109 |
| April 26 | 109 |
| April 27 | 107 |
| May 3 | 130 |
| May 4 | 109 |
| May 5 | 105 |
| May 7 | 107 |
| May 9 | 106 |
| May 10 | 105 |
| May 11 | 110 |
| May 12 | 109 |
| May 13 | 105 |
| May 22 | 108 |
| May 23 | 106 |
| May 24 | 107 |
| May 25 | 108 |
| May 26 | 110 |
| May 27 | 116 |
| May 28 | 113 |
| June 1 | 107 |
| June 2 | 106 |
| June 3 | 109 |
| June 4 | 114 |
| June 5 | 114 |
| June 6 | 114 |
| June 7 | 111 |
| June 8 | 110 |

| | |
|---|---|
| June 9 | 106 |
| June 10 | 107 |
| June 11 | 107 |
| June 12 | 109 |
| June 13 | 111 |
| June 14 | 114 |
| June 15 | 117 |
| June 16 | 117 |
| June 17 | 118 |
| June 18 | 112 |

The difficulties maintaining the jail's population at or below the agreed cap are related to the document attached hereto as Exhibit B.

E. <u>Opportunities for Exercise in the Indoor and/or Outdoor Recreation Areas</u>

In the last 90 days, opportunities for exercise in the indoor and/or outdoor recreation areas were provided as shown on the document attached hereto as Exhibit C. The opportunity for recreation was impacted by: (1) the need to use the indoor recreation yard in connection with the Sheriff's ongoing efforts to protect against a COVID-19 outbreak by quarantining all incoming inmates for observation for a period of 14 days; and (2) personal and medical leave taken by several jail officers during the months of April and May making it particularly difficult for jail staff to run recreation during those months.

F. <u>Summary of Documented Reports of Violence</u>

In the last 90 days, the following incidents of violence in the jail were documented.

| DATE | SUMMARY |
|---|---|
| March 25 | Review of surveillance video revealed an inmate swinging at another inmate in the recreation yard. The apparent perpetrator was removed from rec yard and placed in holding cell. |
| March 25 | An inmate who had been released from the WRAP to use the restroom resisted being returned to the WRAP by making karate chop type movements at officers, wrapping his leg around one of the officer's legs, and grabbing |

4

|  | one male officer in the crotch. Officers gained control of the inmate and he was returned to the WRAP. |
|---|---|
| April 16 | Officers went hands on and also used a Taser to break up a fight. The two inmates involved were separated. When interviewed, one said the other had made fun of him because he passed gas and the situation escalated. |
| April 18 | Inmate hit another inmate in an apparent effort to force jail staff to move him to another housing unit and then said to jail staff, "I just hit him three times, can I get moved now?" The victim was asked if he wanted to press charges and said he did not. |
| May 24 | Officers saw cigarettes on floor in the padded cell. When they went in to retrieve the cigarettes, an inmate threw a pitcher of water on them. |
| May 28 | Officers were alerted that two inmates were about to fight. The two inmates at issue were removed from the housing unit and separated. |
| June 7 | Inmate reported to jail staff that another inmate had been beaten up. The victim was removed from the housing unit and given an ice pack. He was asked several times if he wanted to file charges against the perpetrator and said he did not. |
| June 11 | Inmate was observed with a towel that had blood on it. When asked what happened, he said he has night terrors and ends up doing things that he does not realize he has done. Jail staff suspected that he had been involved in a fight, but the inmate denied it and stuck with his night terrors story. |

Respectfully submitted,

STEPHENSON MOROW & SEMLER


 /s/ *Pamela G. Schneeman*
Pamela G. Schneeman
Attorney No. 18142-53
Attorney for defendants,

5

        Sheriff of Henry County, in his official capacity, and Henry County, Indiana

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@stephlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, a copy of the foregoing 90-DAY STATUS REPORT was filed electronically. Service of this document on any registered attorney who has appeared is by operation of the Court's electronic case filing system.

**Kenneth J. Falk**
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN 46202
kfalk@aclu-in.org

**Joel E. Harvey**
HAYES COPENHAVER CRIDER
214 South Main Street
New Castle, IN 47362
jharvey@hcclaw.com

        /s/ *Pamela G. Schneeman*
        Pamela G. Schneeman

STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@stephlaw.com

19-7045/pgs