FILED
November 27, 2019
CLERK HENRY CIRCUIT COURT NO 2
KC

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENRY CIRCUIT COURT 2 |
| | ) | |
| COUNTY OF HENRY | ) | CASE NO: 33C02-1911-CB-000102 |

IN RE: RETURN OF COUNTY INMATES

## ORDER DIRECTING THE RETURN OF ALL NON-SENTENCED INMATES TO THE HENRY COUNTY JAIL OR THE HENRY COUNTY TRANSITION CENTER

TO THE HENRY COUNTY SHERIFF'S DEPARTMENT:

The undersigned judges of Henry County Circuit Courts find it appropriate to take judicial notice of recent events concerning non-sentenced inmates with whom we have jurisdiction. Recently, facing federal lawsuits challenging the conditions of the Henry County Jail to include, but not be limited to the population of inmates, the Board of Henry County Commissioners entered in to an Interlocal Government Agreement Between Henry County and Elkhart County Regarding the Housing of Inmates. When this agreement was first discussed, we received, by electronic mail, an unexecuted copy of said agreement. We then expressed concern that only sentenced inmates be considered for relocation. In spite of these concerns, we have experienced a wide spread practice of relocating dozens of non-sentenced inmates to Elkhart County Jail, which is located approximately 150 miles away and over a one-way travel distance exceeding three hours, as well as some non-sentenced inmates being relocated to Blackford County, a closer location, but one that is approximately 45 minutes, one-way, away.

This practice of relocating non-sentenced inmates has interfered with said inmates' right and access to counsel as guaranteed by both the Sixth Amendment to the U.S. Constitution and Article 1, Section 13 of the Indiana Constitution; an unintended consequence, but a consequence nonetheless. Within the last few days, we have seen relocated, non-sentenced inmates serve more time incarcerated because access to their counsel is restricted geographically. Non-sentenced inmates must have access to their counsel. It is not enough to say that we can go get the inmate and transport the inmate back to New Castle to confer with counsel. Frequently, the Henry County Prosecutor's Office will offer an agreement to defense counsel to dispose of a case and that agreement would result in the inmate being released for time thus served; however, if the inmate has been relocated, counsel cannot confer with the inmate immediately and as a result, the inmate must spend more time incarcerated. Ironically, this contributes to the overcrowding issue that the interlocal government agreement was designed to address. In other cases in which non-sentenced inmates are desirous of a trial by jury non-sentenced inmates and counsel will be unable to adequately prepare for said trial.

The rights set forth in the Sixth Amendment to the U.S. Constitution and Article 1, Section 13 of the Indiana Constitution are fundamental. Accordingly, we cannot allow the practice of relocating non-sentenced inmates to continue.

You are hereby directed to immediately transport all non-sentenced inmates located in Elkhart, Blackford, and any other county jail, back to the Henry County Jail and/or Henry County Transition Center, and leave said inmates in Henry County until the inmate(s) has been



sentenced, released, or relocation has been approved by the judge(s) of the court(s) having jurisdiction over the inmate(s), whichever may occur sooner.

So ordered on this the 27th day of November, 2019.

Honorable Bob A. Witham, Judge
Henry Circuit Court 1

Honorable Kit C. Dean Crane, Judge
Henry Circuit Court 2

Honorable David L. McCord, Judge
Henry Circuit Court 3