# March 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6<br>E/F/G/H Block<br>Holding 1 |
| 7 | 8<br>E/F Block | 9<br>E/F/G/H Block | 10 | 11 | 12<br>C/D/E/F Block<br>G/H Block | 13 |
| 14 | 15 | 16<br>A/B/C Block<br>D/E/F Block<br>G/H/I Block | 17 | 18 | 19<br>E Block<br>G/H/I Block | 20<br>D/E/F Block<br>G/H Block<br>Holding 1 |
| 21<br>A/C Block<br>D/E Block<br>G/H/I Block<br>Holding 1 | 22 | 23 | 24 | 25<br>A/B/C Block<br>D/E/F Block<br>G/H/I Block<br>Holding 1 & 2 | 26 | 27 |
| 28<br>A/B Block<br>E/F Block<br>H/I Block<br>Holding 1 | 29 | 30<br>B Block<br>E/F Block<br>G/H Block | 31 |  |  |  |

EXHIBIT C

# April 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 A/B/C Block<br>D/F Block |
| 4 | 5 E/F Block<br>G/H/I Block | 6 | 7 E/F Block<br>G/H/I Block<br>Padded Cell | 8 C Block<br>D/E/F Block<br>G/H/I Block<br>Holding 1 & 2 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 B Block<br>D/F Block |
| 25 | 26 | 27 | 28 | 29 | 30 D/E/F Block<br>G/H Block<br>Holding 1 | |

# May 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6<br>C Block | 7 | 8<br>H Block |
| 9 | 10 | 11 | 12 | 13 | 14<br>C/D/F Block | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23<br>G/H Block | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |